| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| KWAYLON DEMARIS WILLIAMS, | § |
| Plaintiff, | § |
| versus | § CIVIL ACTION NO. 1:20-CV-291 |
| VINCENT A. ALLEN, et al., | § |
| Defendants. | § |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kwaylon Demaris Williams, an inmate confined at the Michael Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Vincent A. Allen and the Director of the Texas Department of Criminal Justice, Correctional Institutions Division, Bobby Lumpkin.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying plaintiff's motions for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes the plaintiff's objections are without merit. For the reasons set forth in the report, plaintiff's motions for default judgment are not proper. The motions, therefore, should be denied.

**O R D E R**

Accordingly, the plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is

**ORDERED** that plaintiff's motions for default judgment are **DENIED**.

SIGNED at Beaumont, Texas, this 25th day of February, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE