| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

KWAYLON DEMARIS WILLIAMS, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:20-CV-291
　　　　　　　　　　　　　　　　§
VINCENT A. ALLEN, et al., §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kwaylon Demaris Williams, an inmate confined at the Michael Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Vincent A. Allen and the Director of the Texas Department of Criminal Justice, Correctional Institutions Division, Bobby Lumpkin.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting defendant Lumpkin's motion to dismiss.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes the plaintiff's objections are without merit. As set forth in the report, plaintiff has failed to show defendant Lumpkin was personally involved in the alleged constitutional violation or any causal connection between the policies of the department and the alleged constitutional violation. Accordingly, the defendant's motion to dismiss should be granted.

**O R D E R**

Accordingly, the plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is

**ORDERED** that defendant Lumpkin's motion to dismiss (#23) is **GRANTED**.

SIGNED at Beaumont, Texas, this 7th day of March, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE